CITY BANK FARMERS TRUST COMPANY, as Trustee under Indenture of Trust Made by WILLIAM W. ASTOR, Respondent, v. HARVEY'S GARAGES, INC., Appellant.— The 1950 amendment to the Commercial Rent Law permits eviction of a tenant and recovery of commercial space for the immediate and personal use of a landlord or a subsidiary corporation under certain circumstances (§ 8, subd. [d]; L. 1945, ch. 3, as amd. by L. 1950, ch. 327). In our opinion, however, the statute contemplates a taking of possession in connection with an existing business of the landlord or its subsidiary, and not the formation of a corporation for the purpose of embarking upon and taking over the business of the tenant. To construe the statute otherwise would work an evasion or circumvention of the purposes of the emergency legislation. We think that the landlord in this case has failed to establish the good faith required by the statute as a condition precedent to recover possession of the tenant's space. Determination of the Appellate Term reversed, with costs to the appellant, and the final order of the Municipal Court dismissing the petition on the merits reinstated. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to affirm. Settle order on notice.

■

TRIBOROUGH BRIDGE AUTHORITY, Appellant-Respondent, v. BRONX TOWING LINE, INC., et al., Appellants, and PENNSYLVANIA RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs to the plaintiff against the defendants Bronx Towing Line, Inc., and David J. Conroy, Inc., and with costs to the defendant Pennsylvania Railroad Company against the plaintiff. No opinion. Present — Glennon, J. P., Dore, Van Voorhis, Shientag and Heffernan, JJ.

■

In the Matter of the Probate of the Will of MARY A. SNEDDON, Deceased. MEYER LICHT, Special Guardian for Mary Dolan and Others, Infants, Appellants; FRANCIS DOLAN et al., Respondents.— Decree unanimously affirmed, with costs to all parties appearing herein and filing briefs payable out of the estate. No opinion. Present — Glennon, J. P., Dore, Van Voorhis, Shientag and Heffernan, JJ.

■

In the Matter of JULIUS A. WEEKES, Petitioner, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Callahan, Shientag and Heffernan, JJ. [See post, p. 941.]

■

In the Matter of GEORGE E. REYNOLDS, Appellant. CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Callahan, Shientag and Heffernan, JJ. [See 279 App. Div. 559.]

■

BERNARD M. ABRAHAMS et al., Doing Business as ABRAHAMS BROS., Respondents, v. SUN INDEMNITY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Callahan, Shientag and Heffernan, JJ.